IN THE DISTRICT COURT OF APPEAL
                                    FIRST DISTRICT, STATE OF FLORIDA

WILLIE BURKE,                       NOT FINAL UNTIL TIME EXPIRES TO
                                    FILE MOTION FOR REHEARING AND
        Appellant,                  DISPOSITION THEREOF IF FILED

v.                                  CASE NO. 1D14-5777

STATE OF FLORIDA,

        Appellee.

_____/

Opinion filed December 16, 2015.

An appeal from the Circuit Court for Leon County.
James O. Shelfer, Judge.

Baya Harrison, III, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Giselle Denise Lylen, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

        AFFIRMED.

SWANSON, MAKAR, and BILBREY, JJ., CONCUR.